UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | Nos.   2:23-cv-00425-LEW |
| | ) | 2:22-cr-00011-LEW-1 |
| CHET ADAMSON, | ) | |
| | ) | |
| Defendant | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On July 23, 2024, United States Magistrate Judge John C. Nivison filed with the court, with copies to the parties, his Recommended Decision on Adamson's Motion to Vacate, Set Aside or Correct Sentence (ECF No. 60) and Motion for an Evidentiary Hearing (ECF No. 68).  The time within which to file objections expired on August 13, 2024, and no objection has been filed.  The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is AFFIRMED and ADOPTED.

The motion for habeas relief under 28 U.S.C. § 2255 is DENIED and DISMISSED without an evidentiary hearing (ECF No. 60 and ECF No. 68).

It is further ORDERED that no certificate of appealability will issue from this Court because the Petitioner has not made a substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C.A. § 2253(c)(2).

**SO ORDERED.**

Dated this 11th day of September, 2024

/s/ Lance E. Walker
Chief U.S. District Judge